THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITE COAT WASTE PROJECT,

        Plaintiff,

v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS,

        Defendant.

Civil Action No. 23-3280 (TNM)

## JOINT STATUS REPORT

Plaintiff White Coat Waste Project and Defendant Department of Veterans Affairs submit the following Joint Status Report, pursuant to the Court's June 24, 2024 Minute Order. This case stems from Plaintiff's five Freedom of Information Act ("FOIA") requests:

    a. **Request FOIA 22-03824-F**, is a combination of two requests, the first was seeking "all noncompliance reports submitted to the NIH Office of Laboratory Animal Welfare by the VA Greater Los Angeles Health Care System between 10/22/2020 – present." The second request asked for "the complete acquisition and disposition records, veterinary records, and adoption records for all dogs and cats adopted out by the VA Greater Los Angeles Health Care System from Jan. 1, 2017-present."

    b. **Request FOIA 22-05725-F**, seeking a "[c]ensus of cats currently held for or used in experiments;" "[i]nvoices for the purchase of cats, or other records of procurement (12/16/19 – present);" and "[a]doptions records for any cats retired from research (12/16/19 – present)."

    c. **Request FOIA 22-06845-F**, seeking "Contract[s] and Statement[s] of work; procurement and shipping records for all cats obtained under the contract (including, but not limited to invoices, certificates of veterinary inspection, other health certificates, shipping manifests, routing and contact sheets, and CDC notifications); records of illnesses or deaths associated with each shipment; photos and videos of the shipments and/or cats received; associated IACUC-approved protocols; and complete veterinary records for cats held or experimented on."

    d. **Request FOIA 22-05489**, seeking "a copy of all meeting minutes and email communications (including emails, complete email chains, calendar invitations, and attachments thereto) regarding current and proposed canine research performed by, or in collaboration with, the Department of Veterans Affairs between January 1, 2021 to the date of search."

    e. **Request FOIA 23-01161-F**, seeking "any documentation (including emails, complete email chains, and attachments thereto; meeting minutes, memos, and presentations) related to the approval, secondary review, and/or report to congress of experiments on canines performed by, or in conjunction with, the VA Northern California Healthcare System" from January 1, 2021 to the date of the search.

*See* Compl., ¶¶ 6-8, 15, 22, 29, 35, ECF No. 1.

2.    As of this Report, VA is continuing to release records only on Request FOIA 22-05489-F. On September 25, 2024, VA made its 4th interim release of 920 pages Bastes-numbered 002219-003138.   An initial search found 17,895 pages.

3.    With respect to the remaining requests, VA considers those releases completed as follows:

    a. **FOIA 22-03824-F** – VA re-released all responsive in its possession – 694 pages.  The parties consider this request satisfied.

    b. **FOIA 22-05725-F** – VA released all responsive records found - 1,162 pages. The parties consider this request satisfied.

    c. **FOIA 22-06845-F** - VA re-released all responsive records in its possession – 176 pages.  VA considers this request satisfied. White Coat believes some records responsive to this request may still not have been produced. The parties are working to resolve this issue.

    d. **FOIA 23-01161-F** – VA has produced all documents responsive to this request – 136 pages. The parties consider this request satisfied.

4.    Defendant does not anticipate filing a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the Parties believe that establishing a summary judgment briefing schedule and filing of a *Vaughn* index are premature at this time.

5.     The Parties intend to file a further Joint Status Report on or before December 20, 2024.

Dated: October 22, 2024                Respectfully submitted,


*/s/ Matthew Strugar*                MATTHEW M. GRAVES, D.C. Bar #481052
MATTHEW STRUGAR                United States Attorney
Law Office Of Matthew Strugar
3435 Wilshire Boulevard Suite 2910        BRIAN P. HUDAK
Los Angeles, CA 90010            Chief, Civil Division
Phone: (323) 696-2299
Matthew@matthewstrugar.Com        BY: */s/ L'Shauneé J. Robertson*
                    L'SHAUNTEE J. ROBERTSON
*Counsel for Plaintiff*                DC Bar # 980248
                    Assistant United States Attorney
                    601 D Street, N.W.
                    Washington, D.C. 20530
                    Phone: (202) 252-1729
                    lshauntee.robertson@usdoj.gov

                    *Attorneys for the United States of America*