UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>      Defendant. | Civil Action No. 23-3280 (TNM) |

## **SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Tabitha Bartholomew and remove the appearance of L'Shauntee J. Robertson, as counsel for the Defendant in the above-captioned case.

Dated: June 12, 2025
      Washington, DC

Respectfully submitted,


By: */s/ Tabitha Bartholomew*
    Tabitha Bartholomew
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    tabitha.bartholomew@usdoj.gov
    202-252-2529

*Attorney for the United States of America*